UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                              Criminal No. 25-mj-30386

Jolyan Raeed Zahrah,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee

prior to appearance on the complaint.

                                          Respectfully submitted,

                                          Jerome F. Gorgon Jr.
                                          United States Attorney

                                          *s/Zachary Zurek*
                                          Zachary Zurek P80116
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, MI 48226
                                          Zachary.Zurek2@usdoj.gov
                                          (313) 226-0285

Dated: June 16, 2025

**IT IS SO ORDERED.**

                                          s/David R. Grand
                                          David R. Grand
                                          United States Magistrate Judge

Entered:  6/16/25