AUSA:  Zachary Zurek  Telephone: (313) 226-9100
Task Force Officer:  Katherine Roshirt  Telephone: (313) 965-2323

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: s/Davon Allen
Deputy



United States of America
v.
Jolyan Raeed Zahrah

Case No.   2:25-mj-30386

## ARREST WARRANT

F I L E D
JUN 1 6 2025
CLERK'S OFFICE
DETROIT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jolyan Raeed Zahrah ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §48(a)(3) - Distribution of animal crush videos
18 U.S.C. §§ 2252A(a)(2) - Distribution of child pornography
18 U.S.C. § 2252A(a)(5)(B) - Possession of child pornography

Date: June 13, 2025

*Issuing officer's signature*

City and state:  Detroit, MI

Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/13/2025, and the person was arrested on *(date)* 6/16/2025
at *(city and state)* Macomb, MI.

Date: 6/16/2025

*Arresting officer's signature*

Katherin Roshirt TFO
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA